**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION**

JAMES BANKS                                    CIVIL ACTION NO. 16-0836

VERSUS                                              JUDGE S. MAURICE HICKS, JR.

COL. LONNIE NAIL                           MAGISTRATE JUDGE HORNSBY

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e). The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this 10th day of October 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE